THE CHILDREN'S HOUSE, APPELLANT, *v.* CELEBREZZE, ATTY. GEN., APPELLEE.

[Cite as *The Children's House v. Celebrezze*
(1992), 63 Ohio St.3d 1206.]

(No. 91–697—Submitted February 12, 1992—Decided March 25, 1992.)

*John K. Everett,* for appellant.

*Lee I. Fisher,* Attorney General, and *Monica A. Moloney,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.